**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Byron G. Rogers United States Courthouse
1929 Stout Street, C450
Denver, Colorado 80294

**LEWIS T. BABCOCK**  303-844-2527
 Judge

October 25, 2010

MEMORANDUM

TO: Greg Langham, Clerk

FROM: Judge Babcock            s/LTB

RE: Criminal Action No. 10-cr-00541
 USA v. Quezada-Hernandez, et al

Exercising my prerogative as a senior judge, I request that this case be reassigned.

LTB/jp