IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00541-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    JOSE ANDRES QUEZADA-HERNANDEZ,
2.    HUGO SOTELO-MORALES,
3.    SERGIO RODRIQUEZ,
4.    RICHARD TALMICH,
5.    MARY BONILLA,
6.    JOSEFINA SANDOVAL,
7.    CHRISTOPHER MADICK,
8.    ERNESTO GONZALES, and
9.    AUSTIN GILMORE,

       Defendants.

---

## ORDER SETTING TRIAL AND TRIAL DEADLINES

---

**THIS MATTER** comes before the Court on the Government's Unopposed Motion to Declare Case Complex (**#45**), to which no responses were filed. The Court conducted a motions hearing on January 14, 2011, at which it granted the Government's motion, rescheduled the trial, and set various deadlines in the case. The Court adopts and incorporates all of its oral rulings from that hearing, but, for the convenience of the parties and counsel, memorializes the deadlines imposed.

**IT IS THEREFORE ORDERED** that

(1)    A thirteen-day trial is scheduled for **Monday, November 7th, 2011, at 1:30 p.m.**

(2)     All discovery motions shall be filed on or before **May 6, 2011**.  Absent a specific directive to the contrary, responses shall be filed seven days after the motion is filed.  A hearing on the discovery motions is set for **May 20, 2011 at 4:00 p.m.** If no discovery motions are filed by May 6, 2011, this hearing will be vacated.

(3)     All other motions, including wiretap and suppression motions, shall be filed on or before **July 8th, 2011**.  Absent a specific directive to the contrary, the Government's responses shall be filed within seven days after the motion is filed. A non-evidentiary motions hearing is scheduled for **July 22, 2011 at 4:00 p.m.**

(4)     The Government shall makes its disclosures under Fed. R. Crim. P. 16 and Fed. R. Evid. 702 on or before **July 8, 2011**.  The Defendants shall make their disclosures on or before **August 8, 2011**.

(5)     The Government shall disclose its proffer pursuant to Fed. R. Evid. 801(d)(2)(E) to all Defendants on or before **July 8, 2011**.  The Defendants shall insert their objections and file the proffer and objections within thirty days of such date.

Dated this 19th day of January, 2011

**BY THE COURT:**

Marcia S. Krieger
United States District Judge

2